# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:24–cv–00416–CDB

| | |
|---|---|
| Ugwuegbulem et al v. Investors Capital LLC et al | Date Filed: 02/28/2024 |
| Assigned to: Magistrate Judge Camille D Bibles | Date Terminated: 03/13/2026 |
| Cause: 28:1332 Diversity–Breach of Contract | Jury Demand: Plaintiff |
| | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Joseph Ugwuegbulem**     represented by     **David Eric Wood**
Dessaules Law Group
7243 N 16th St.
Phoenix, AZ 85020
602–753–3841
Fax: 602–274–5401
Email: dwood@dessauleslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Adam Dessaules**
Dessaules Law Group
7243 N 16th St.
Phoenix, AZ 85020
602–274–5400
Fax: 602–274–5401
Email: jdessaules@dessauleslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHI & CHI Investment LLC**     represented by     **David Eric Wood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Adam Dessaules**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Investors Capital LLC**     represented by     **Investors Capital LLC**
790 N Milwaukee St.
Milwaukee, WI 53202
262–226–7378
*PRO SE*

|  | Nino Abate |
|---|---|
|  | Law Office of Nino Abate PLC |
|  | 300 W Clarendon Ave., Ste. 130 |
|  | Phoenix, AZ 85013 |
|  | 480−314−3304 |
|  | Fax: 520−395−9158 |
|  | Email: nino@abatelaw.com |
|  | *TERMINATED: 05/06/2025* |
|  | *LEAD ATTORNEY* |
|  | *ATTORNEY TO BE NOTICED* |

**Defendant**

**Joseph Nantomah**　　　　　　　represented by　**Joseph Nantomah**
1632 N Franklin Pl.
Milwaukee, WI 53202
262−226−7378
PRO SE

**Nino Abate**
(See above for address)
*TERMINATED: 05/06/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Onyeka Nantomah**　　　　　　　represented by　**Onyeka Nantomah**
1632 N Franklin Pl.
Milwaukee, WI 53202
262−226−7378
PRO SE

**Nino Abate**
(See above for address)
*TERMINATED: 05/06/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2024 | Ï 1 | COMPLAINT. Filing fee received: $405.00, receipt number AAZDC−22795511 filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (submitted by Jonathan Dessaules) (Attachments: # 1 Exhibit 1−5, # 2 Civil Cover Sheet)(REK) (Entered: 02/28/2024) |
| 02/28/2024 | Ï 2 | SUMMONS Submitted by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (submitted by Jonathan Dessaules) (Attachments: # 1 Summons, # 2 Summons)(REK) (Entered: 02/28/2024) |
| 02/28/2024 | Ï 3 | Filing fee paid, receipt number AAZDC−22795511. This case has been assigned to the Honorable Dominic W Lanza. All future pleadings or documents should bear the correct case number: CV−24−00416−PHX−DWL. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (REK) (Entered: 02/28/2024) |
| 02/28/2024 | Ï 4 |  |

| | | |
|---|---|---|
| | | Summons Issued as to Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah. (Attachments: # 1 Summons, # 2 Summons)(REK). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 02/28/2024) |
| 02/28/2024 | Ï 5 | NOTICE TO PARTY RE: CORPORATE DISCLOSURE STATEMENT: Pursuant to FRCiv 7.1 and LRCiv 7.1.1 the attached Corporate Disclosure Statement form must be filed by all nongovernmental corporate parties with their first appearance. A supplemental statement must be filed upon any change in the information. In addition, if not already filed, the Corporate Disclosure Statement should be filed within 14 days. Corporate Disclosure Statement Deadline set as to CHI & CHI Investment LLC. (REK) (Entered: 02/28/2024) |
| 02/29/2024 | Ï 6 | ORDER – IT IS ORDERED reassigning this case to Judge Logan for all further proceedings. All future pleadings shall bear the following case number: CV–24–00416–PHX–SPL. Signed by Judge Dominic W Lanza on 2/29/2024. (SLQ) (Entered: 02/29/2024) |
| 03/01/2024 | Ï 7 | PRELIMINARY ORDER – IT IS THEREFORE ORDERED: 1. That Plaintiff(s) must file proof of service of the summons and complaint or of waiver of service with the Clerk of Court no later than May 28, 2024; 2. That Plaintiff(s) must promptly serve a copy of this Order on Defendant(s) and file notice of service with the Clerk of Court; and 3. That unless the Court orders otherwise, on May 28, 2024, the Clerk of Court shall terminate without further notice any Defendant in this action that has not been served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (See document for complete details). Signed by Judge Steven P Logan on 3/1/24. (SLQ) (Entered: 03/01/2024) |
| 03/01/2024 | Ï 8 | ORDER – IS ORDERED that Plaintiffs shall file a supplemental jurisdictional statement properly alleging the citizenship of each party, or point the Court to where this information is accurately reflected in the record, no later than March 22, 2024. Signed by Judge Steven P Logan on 3/1/24. (SLQ) (Entered: 03/01/2024) |
| 03/13/2024 | Ï 9 | Corporate Disclosure Statement by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Dessaules, Jonathan) (Entered: 03/13/2024) |
| 03/19/2024 | Ï 10 | AMENDED COMPLAINT against Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Attachments: # 1 Exhibit Exhibits 1–5)(Dessaules, Jonathan) (Entered: 03/19/2024) |
| 03/19/2024 | Ï 11 | *SUPPLEMENT Supplemental Jurisdictional Statement and Notice of Filing First Amended Complaint (LRCiv 15.1(b)) re: 8 Order, 10 Amended Complaint by Plaintiffs CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Attachments: # 1 Exhibit Exhibit A)(Dessaules, Jonathan) *Modified text on 3/20/2024 (EJA). (Entered: 03/19/2024) |
| 04/30/2024 | Ï 12 | SERVICE EXECUTED filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem: Certificate of Service re: Summons and First Amended Complaint (Doc Nos. 3, 6–11) upon Joseph Nantomah on April 11, 2024. (Dessaules, Jonathan) (Entered: 04/30/2024) |
| 04/30/2024 | Ï 13 | SERVICE EXECUTED filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem: Certificate of Service re: Summons and First Amended Complaint (Doc Nos. 3, 6–11) upon Onyeka Nantomah on April 11, 2024. (Dessaules, Jonathan) (Entered: 04/30/2024) |
| 04/30/2024 | Ï 14 | SERVICE EXECUTED filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem: Certificate of Service re: Summons and First Amended Complaint (Doc Nos. 3, 6–11) upon Investors Capital, LLC on April 20, 2024. (Dessaules, Jonathan) (Entered: 04/30/2024) |
| 05/09/2024 | Ï 15 | ANSWER to 10 Amended Complaint *Answer to First Amended Complaint* by Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah.(Abate, Nino) (Entered: 05/09/2024) |

| 08/02/2024 | 16 | ORDER SETTING RULE 16 CASE MANAGEMENT CONFERENCE: A CAse Management Conference set for 9/20/2024 at 10:30 AM in Courtroom 501, 401 West Washington Street, Phoenix, AZ 85003 before Judge Steven P Logan. See attached PDF for complete details. Signed by Judge Steven P Logan on 8/2/24. (Attachments: # 1 Attachment)(MJW) (Entered: 08/02/2024) |
|---|---|---|
| 09/06/2024 | 17 | REPORT of Rule 26(f) Planning Meeting by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Attachments: # 1 Proposed Order Rule 16 Case Management Order)(Dessaules, Jonathan) (Entered: 09/06/2024) |
| 09/17/2024 | 18 | MOTION for Leave to Appear Telephonic *at Rule 16 Case Management Conference Scheduled for 9/20/24 at 10:30 a.m.* by Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah. (Attachments: # 1 Proposed Order Order Allowing Nino Abate to Appear Telephnically)(Abate, Nino) (Entered: 09/17/2024) |
| 09/17/2024 | 19 | ORDER that the Rule 16 Case Management Conference, presently set for September 20, 2024 before Honorable Steven P. Logan, is vacated. Order to follow. Signed by Judge Steven P Logan on 9/16/24. (MJW) (Entered: 09/17/2024) |
| 09/17/2024 | 20 | RULE 16 CASE MANAGEMENT ORDER: Discovery due by 6/27/2025. Dispositive motions due by 6/27/2025. Signed by Judge Steven P Logan on 9/16/24. (MJW) (Entered: 09/17/2024) |
| 09/17/2024 | 21 | ORDER that no later than September 27, 2024, the parties shall complete the form entitled Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction and deliver the document in person or by mail to the Clerks Office. Signed by Judge Steven P Logan on 9/16/24. (MJW) (Entered: 09/17/2024) |
| 09/18/2024 | 22 | ORDER denying as moot 18 Motion for Leave to Appear Telephonically. Signed by Judge Steven P Logan on 9/17/24. (MJW) (Entered: 09/18/2024) |
| 09/20/2024 | 23 | NOTICE TO PARTY OF DEFICIENCY RE: DISCLOSURE STATEMENT: Pursuant to FRCiv 7.1 and LRCiv 7.1.1 the attached Disclosure Statement form must be filed by all nongovernmental corporate parties with their first appearance. A supplemental statement must be filed upon any change in the information. In addition, if not already filed, the Disclosure Statement should be filed within 14 days. **Disclosure Statement Deadline set as to Investors Capital LLC.** (MJW) (Entered: 09/20/2024) |
| 10/02/2024 | 24 | NOTICE of Service of Discovery filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Dessaules, Jonathan) (Entered: 10/02/2024) |
| 10/04/2024 | 25 | NOTICE TO FILER OF DEFICIENCY re: 24 Notice of Service of Discovery filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem. Document not in compliance with LRCiv 5.5(g) – Documents signed by an attorney shall be filed using that attorney's ECF log-in and password and shall not be filed using a log-in and password belonging to another attorney. Document(s) signed by attorney David E. Wood but submitted using the log-in and password belonging to attorney Jonathan Dessaules. *No further action is required*. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (EJA) (Entered: 10/04/2024) |
| 10/04/2024 | 26 | Disclosure Statement by Investors Capital LLC. (Abate, Nino) (Entered: 10/04/2024) |
| 10/10/2024 | 27 | CONSENT TO MAGISTRATE JUDGE TRIAL. Signed by Judge Steven P Logan on 10/10/24. (MAP) (Entered: 10/10/2024) |
| 10/10/2024 | 28 | MINUTE ORDER: Pursuant to the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge signed by parties and approved by District Judge Steven P. Logan filed October 10, 2024, this matter is hereby reassigned to Magistrate Judge Camille D. Bibles for all further proceedings. All further pleadings/papers should now list the following COMPLETE case number: CV-24-00416-PHX-CDB. This is a TEXT ENTRY ONLY. There is no PDF document |

| | | |
|---|---|---|
| | | associated with this entry. (MAP) (Entered: 10/10/2024) |
| 10/14/2024 | 29 | MOTION to Amend/Correct 10 Amended Complaint by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Dessaules, Jonathan) (Entered: 10/14/2024) |
| 10/14/2024 | 30 | *FILED at (Doc. 33 ) LODGED Proposed Second Amended Complaint re: 29 MOTION to Amend/Correct 10 Amended Complaint . Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted. Filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Attachments: # 1 Exhibit 1−5)(Dessaules, Jonathan) *Modified event on 10/15/2024 (KJ). Modified on 10/30/2024 (EJA). (Entered: 10/14/2024) |
| 10/14/2024 | 31 | NOTICE of Filing Amended Pleading pursuant to LRCiv 15.1(b) by CHI & CHI Investment LLC, Joseph Ugwuegbulem . (Attachments: # 1 Exhibit 1)(Dessaules, Jonathan) (Entered: 10/14/2024) |
| 10/30/2024 | 32 | ORDER: Plaintiffs' motion (ECF No. 29 ) seeking leave to proceed on a second amended complaint (lodged at ECF No. 30 ), being unopposed, is granted. Accordingly, the pleading lodged at ECF No. 30 shall be docketed as Plaintiffs' Second Amended Complaint, and Defendants shall answer or otherwise respond to the Second Amended Complaint in accordance with the Federal Rules of Civil Procedure. Signed by Magistrate Judge Camille D Bibles on 10/30/24. (EJA) (Entered: 10/30/2024) |
| 10/30/2024 | 33 | Second AMENDED COMPLAINT against Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC.(Dessaules, Jonathan) (Attachments: # 1 Exhibit 1−5)(EJA) (Entered: 10/30/2024) |
| 11/05/2024 | 34 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/EMAIL/FIRM NAME by Nino Abate. (Abate, Nino) (Entered: 11/05/2024) |
| 11/15/2024 | 35 | NOTICE of Service of Discovery filed by Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah. (Abate, Nino) (Entered: 11/15/2024) |
| 11/20/2024 | 36 | ANSWER to 33 Amended Complaint *Second Amended Complaint* by Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah.(Abate, Nino) (Entered: 11/20/2024) |
| 11/21/2024 | 37 | NOTICE of Service of Discovery filed by Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah. (Abate, Nino) (Entered: 11/21/2024) |
| 12/17/2024 | 38 | NOTICE OF ATTORNEY'S CHANGE OF ADDRESS/EMAIL/FIRM NAME by Nino Abate. (Abate, Nino) (Entered: 12/17/2024) |
| 12/31/2024 | 39 | NOTICE re: Intent to Serve Subpoena by Joseph Ugwuegbulem, CHI & CHI Investment LLC . (Dessaules, Jonathan) (Entered: 12/31/2024) |
| 02/03/2025 | 40 | NOTICE of Service of Discovery filed by Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah. (Abate, Nino) (Entered: 02/03/2025) |
| 02/12/2025 | 41 | NOTICE of Intent to Serve Subpoena filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Dessaules, Jonathan) *Modified to correct event type on 2/13/2025 (EJA). (Entered: 02/12/2025) |
| 02/12/2025 | 42 | NOTICE of Service of Discovery filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Dessaules, Jonathan) (Entered: 02/12/2025) |
| 02/13/2025 | 43 | REQUEST re: Joint Request for Hearing on Discovery Dispute or Order Permitting Discovery Violation Motions by Plaintiffs Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Dessaules, Jonathan) (Entered: 02/13/2025) |
| 02/14/2025 | 44 | NOTICE: Pursuant to the request at ECF No. 43 , the parties are advised that they should docket pleadings regarding any discovery dispute. Accordingly, should a party believe any response to a |

| | | |
|---|---|---|
| | | request for discovery is inadequate, that party should file a motion advising the Court as to the specific relief sought. The motion should include a brief summary of discovery to date and the nature of the dispute, and citation to the Federal Rules of Civil Procedure and any controlling legal opinion under which relief is sought. The motion, and any response and reply, shall conform to the Local Rules of Civil Procedure, such as Rule 7.2 with regard to the form and length of motions and the timing of responses and replies, and Rule 37.1 with regard to the contents of a motion to compel. Signed by Magistrate Judge Camille D Bibles on 2/13/2025. (KLG) (Entered: 02/14/2025) |
| 02/24/2025 | 45 | NOTICE of Service of Discovery filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Dessaules, Jonathan) (Entered: 02/24/2025) |
| 03/10/2025 | 46 | NOTICE of Service of Discovery filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Dessaules, Jonathan) (Entered: 03/10/2025) |
| 03/10/2025 | 47 | NOTICE of Deposition of Joseph Nantomah, filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Dessaules, Jonathan) (Entered: 03/10/2025) |
| 03/10/2025 | 48 | NOTICE of Deposition of Onyeka Nantomah, filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Dessaules, Jonathan) (Entered: 03/10/2025) |
| 03/11/2025 | 49 | NOTICE TO FILER OF DEFICIENCY re: 46 Notice of Service of Discovery filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem, 47 Notice of Deposition filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem, 48 Notice of Deposition filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem. Document not in compliance with LRCiv 5.5(g) – Documents signed by an attorney shall be filed using that attorney's ECF log−in and password and shall not be filed using a log−in and password belonging to another attorney. Document(s) signed by attorney David E Wood but submitted using the log−in and password belonging to attorney Jonathan Dessaules. *No further action is required*. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (EJA) (Entered: 03/11/2025) |
| 03/13/2025 | 50 | *NOTICE of Service of Discovery filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Wood, David) *Modified filers on 3/14/2025 (KJ). (Entered: 03/13/2025) |
| 03/20/2025 | 51 | MOTION to Withdraw as Attorney *of Record Without Client Consent* by Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah. (Attachments: # 1 Proposed Order Order Granting Withdrawal)(Abate, Nino) (Entered: 03/20/2025) |
| 03/21/2025 | 52 | AMENDED NOTICE of Deposition of Joseph Nantomah filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Wood, David) (Entered: 03/21/2025) |
| 03/21/2025 | 53 | AMENDED NOTICE of Deposition of Onyeka Nantomah filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Wood, David) (Entered: 03/21/2025) |
| 03/21/2025 | 54 | NOTICE of Service of Discovery filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Wood, David) (Entered: 03/21/2025) |
| 04/03/2025 | 55 | RESPONSE in Opposition re: 51 MOTION to Withdraw as Attorney *of Record Without Client Consent* filed by Joseph Ugwuegbulem, CHI & CHI Investment LLC. (Attachments: # 1 Exhibit 1−5, # 2 Exhibit 6, # 3 Proposed Order)(Wood, David) (Entered: 04/03/2025) |
| 04/14/2025 | 56 | REPLY to Response to Motion re: 51 MOTION to Withdraw as Attorney *of Record Without Client Consent* filed by Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah. (Abate, Nino) (Entered: 04/14/2025) |
| 04/16/2025 | 57 | NOTICE of Service of Discovery filed by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Wood, David) (Entered: 04/16/2025) |
| 05/06/2025 | 58 | |

| | | |
|---|---|---|
| | | ORDER that counsel for Defendants is given leave to withdraw as counsel in this matter. Counsel shall, no later than May 16, 2025, serve a copy of this order on Defendants via registered mail or some other method requiring Defendants' signature acknowledging receipt of the order, and counsel shall docket notice that Defendants have been served with this order. See document for complete details. Signed by Magistrate Judge Camille D Bibles on 5/6/25. (EJA) (Entered: 05/06/2025) |
| 05/20/2025 | 59 | Mail Returned as Undeliverable. Mail sent to Investors Capital LLC. Reason for return: attempted not known, unable to locate. Document number 58 . (EJA) (Entered: 05/22/2025) |
| 05/20/2025 | 60 | Mail Returned as Undeliverable. Mail sent to Onyeka Nantomah. Reason for return: attempted not known, unable to locate. Document number 58 . (EJA) (Entered: 05/22/2025) |
| 05/20/2025 | 61 | Mail Returned as Undeliverable. Mail sent to Joseph Nantomah. Reason for return: not deliverable as addressed. Document number 58 . (EJA) (Entered: 05/22/2025) |
| 05/28/2025 | 62 | NOTICE re: Notice of Service of Order Granting Withdrawal of Counsel by Investors Capital LLC, Joseph Nantomah, Onyeka Nantomah . (Attachments: # 1 Exhibit Exhibit A)(Abate, Nino) (Entered: 05/28/2025) |
| 06/25/2025 | 63 | MOTION to Amend/Correct 20 Scheduling Order by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Attachments: # 1 Proposed Order)(Wood, David) (Entered: 06/25/2025) |
| 06/27/2025 | 64 | *MOTION for Sanctions, MOTION to Compel Discovery Responses by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Attachments: # 1 Exhibit A−O)(Wood, David). *Added MOTION for Sanctions on 6/30/2025 (EJA). (Entered: 06/27/2025) |
| 06/30/2025 | 65 | ORDER that the Clerk of the Court is respectfully requested to mail copies of this Order, and the Order at ECF No. 58 , and the motions at ECF No. 63 and ECF No. 64 to Defendant Joseph Nantomah and to Defendant Onyeka Nantomah at the above Milwaukee, Wisconsin address. FURTHER ORDERED that Plaintiffs shall serve all further pleadings filed by Plaintiffs on Defendants Joseph and Onyeka Nantomah at the above address. See document for details. Signed by Magistrate Judge Camille D Bibles on 6/30/25. (EJA) (Entered: 06/30/2025) |
| 07/14/2025 | 66 | Mail Returned as Undeliverable. Mail sent to Investors Capital LLC. Reason for return: attempted not known, unable to locate. Document number 65 . (EJA) (Entered: 07/15/2025) |
| 07/15/2025 | 67 | Mail Returned as Undeliverable. Mail sent to Joseph Nantomah. Reason for return: unable to forward. Document number 58 , 63 , 64 , 65 . (EJA) (Entered: 07/16/2025) |
| 07/15/2025 | 68 | Mail Returned as Undeliverable. Mail sent to Onyeka Nantomah. Reason for return: insufficient address, unable to forward. Document number 58 , 63 , 64 , 65 . (EJA) (Entered: 07/16/2025) |
| 08/19/2025 | 69 | ORDER that Plaintiffs' motion at ECF No. 63 is denied other than as granted herein. FURTHER ORDERED that Plaintiffs' motion at ECF No. 64 is granted only as provided herein. Plaintiffs shall have until September 22, 2025, to file a motion seeking judgment by default pursuant to Rule 55 and/or judgment as a sanction pursuant to Rule 37, or alternatively a motion for summary judgment which complies in all respects with Rule 56 of the Federal Rules of Civil Procedure. FINALLY ORDERED that Plaintiffs shall serve a copy of all their future filings on Defendants by registered mail at 597 Pembridge Court, Orange Park, Florida, 32073, and docket notice establishing such service. The Clerk of the Court is respectfully requested to mail a copy of this order to Defendants at 597 Pembridge Court, Orange Park, Florida, 32073. See document for details. Signed by Magistrate Judge Camille D Bibles on 8/18/25. (EJA) (Entered: 08/19/2025) |
| 08/29/2025 | 70 | Mail Returned as Undeliverable. Mail sent to Joseph Nantomah. Reason for return: not deliverable as addressed. Document number 69 . (EJA) (Entered: 09/02/2025) |
| 08/29/2025 | 71 | Mail Returned as Undeliverable. Mail sent to Onyeka Nantomah. Reason for return: not deliverable as addressed. Document number 69 . (EJA) (Entered: 09/02/2025) |

| | | |
|---|---|---|
| 09/02/2025 | 72 | Mail Returned as Undeliverable. Mail sent to Investors Capital LLC. Reason for return: not deliverable as addressed. Document number 69 . (EJA) (Entered: 09/05/2025) |
| 09/22/2025 | 73 | MOTION for Default Judgment as to Defendants by CHI & CHI Investment LLC, Joseph Ugwuegbulem. (Attachments: # 1 Exhibit A–P)(Wood, David) (Entered: 09/22/2025) |
| 03/13/2026 | 74 | ORDER that the motion seeking judgment by default at ECF No. 73 is denied without prejudice. The Clerk of Court is respectfully directed to transfer this case and all of Plaintiffs claims to the United States District Court for the Eastern District of Wisconsin. All Defendants will remain in this action. Signed by Magistrate Judge Camille D Bibles on 3/11/2026. (ALR) (Entered: 03/13/2026) |